# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. LA CV20-09062 JAK                           Date May 7, 2021

Title: Laura Homar v. Additive Manufacturing Technologies, Inc.

Present: The Honorable John A. Kronstadt, U.S. District Court Judge

|  T. Jackson  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Cathryn Fund
Eden Kalderon
Joseph Lovretovich

Attorneys Present for Defendants:

Guillermo Tello
Claire Morton

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 04/21/2021.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    TJ